In the Matter of CHARLES H. STOWELL, Appellant,
against BATTISTA SANTORO et al., Constituting the
Board of Trustees of the Village of Mamaroneck,
et al., Respondents.

Argued October 5, 1938; decided October 11, 1938.

*Benjamin Shedler, Meyer W. Greenwald* and *Herbert Peterfreund* for appellant. The Appellate Division erred in refusing to consider the bribery charge. (*People ex rel. Gilson* v. *Gibbons*, 231 N. Y. 171; *People ex rel. Leonard* v. *Cropsey*, 149 App. Div. 730; *People ex rel. Long* v. *Whitney*, 143 App. Div. 17; *People ex rel. Reardon* v. *Partridge*, 86 App. Div. 310.)

*Frank A. Saporito* and *Mario D. Nicolais* for respondents.

*Per Curiam.* The record shows that the village trustees voted that the petitioner was guilty of the acts alleged only by the first charge. This charge was not considered at the Appellate Division. It was there held that the evidence amply sustained the other charges. The record, however, does not show that any action was taken by the trustees on those charges.

The order of the Appellate Division should be reversed and the matter remitted to the Appellate Division for further consideration and disposition in accordance with this opinion, without costs.

CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur; LEHMAN, J., taking no part.

Ordered accordingly.